# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **FULL SPECTRUM PEDIATRIC** ) | **Bk Case No. 3:23-bk-01220** |
| **THERAPY, INC.,** ) | |
| ) | **Chapter 11** |
| ) | **Judge Marian F. Harrison** |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

Curt M. Masker, counsel for Creditors Tabetha Baggett, Christina Bovell, Hayley Crozier, Jayne Hallock, Jeffrey McCracken, Elizabeth Middlebrooks, Sandra Mohon, Taylor Pagan, Allison Smith, and Terri Swaw (collectively, the "FLSA Creditors"), hereby files this Notice of Appearance and requests notice of all pleadings, documents, and papers filed in this case, and all underlying and related proceedings.

Pursuant to Local Rules of Court, electronic notice should be sent to: curt@maskerfirm.com.

Respectfully Submitted,

*s/ Curt M. Masker*
Curt M. Masker, TN Bar No. 037594
RICKARD MASKER, PLC
810 Dominican Drive, Suite 314
Nashville, Tennessee 37228
Telephone: (615) 270-2098
Facsimile: (615) 821-0632
curt@maskerfirm.com

*Counsel for FLSA Creditors*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Documents was served to registered ECF users via the Court's CM/ECF system on this 28[h] day of April, 2023.

*s/ Curt Masker*